# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS, | Case No. 1:25-cv-01216 JLT CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS |
| v. | |
| RAMOS/STRONG, INC., | (Doc. 7) |
| Defendant. | |

Joshua Cuevas seeks to hold Ramos/Strong, Inc. liable for violations of the Americans with Disabilities Act, California's Unruh Civil Rights Act, and other related state causes of action. (Doc. 1.) Following an order to show cause regarding jurisdiction (Doc. 5), the assigned magistrate judge issued Findings and Recommendations, recommending the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss the Unruh Act, Disabled Persons Act, Health & Safety Code and negligence claims without prejudice pursuant to 28 U.S.C. § 1367(c)(4). (Doc. 7.)

The Court served the Findings and Recommendations on Plaintiff[1] and informed him that any objections must be filed within 14 days of the date of service. (Doc. 7 at 9.) The Court advised him that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

---

[1] Defendant has not yet appeared in this action.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 24, 2025 (Doc. 7) are **ADOPTED** in full.
2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claim arising under state law pursuant to 28 U.S.C. § 1367(c)(4).
3. Plaintiff's Unruh Act, Disabled Persons Act, Health & Safety Code and negligence claims are **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated:   **October 13, 2025**

UNITED STATES DISTRICT JUDGE